IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHEN GANSTINE,

    Plaintiff,

v.                              CASE NO.  4:11cv88-RH/WCS

EDWIN BUSS et al.,

    Defendants.

_____/

## ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT

    The plaintiff lost this case by summary judgment.  He has moved to alter or amend the judgment.  He has filed the motion himself, even though he is represented by an attorney.  The motion violates the court's rules because a party who is represented by an attorney cannot properly file a motion himself and because the supporting memorandum far exceeds the page limit.

    The motion also is not a proper motion to alter or amend.  Instead of identifying specific errors or other grounds for reconsidering the prior order, the motion combines a top-to-bottom reargument of the underlying summary-judgment motion (not a proper use of a motion to alter or amend) with the addition

of new arguments never made before the entry of the judgment (also not a proper use of a motion to alter or amend).  The closest the motion comes to noting an oversight or other basis for reconsidering the prior order is this: the order said the plaintiff received soft shoes, while the record shows only that he received a soft-shoe pass and insoles.  But this is still an issue of medical judgment; summary judgment for the defendants was and is proper.  For these reasons,

IT IS ORDERED:

The motion to alter or amend, ECF No. 63, is DENIED.

SO ORDERED on February 16, 2012.

                                        s/Robert L. Hinkle
                                        United States District Judge